# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| MARK TYRON SCOTT, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION FILE NO.: |
| | : | 2:16-CV-39-RWS-JCF |
| TRANS UNION, LLC, et al., | : | |
| Defendants. | : | |

## FINAL REPORT AND RECOMMENDATION

Plaintiff filed this action alleging, *inter alia*, that Defendants violated the Fair Debt Collection Act, 15 U.S.C. § 1692, *et seq.* (Doc. 1). Plaintiff filed a Notice of Voluntary Dismissal as to Defendant PNC Bank, National Association, Inc. on May 31, 2016 (Doc. 10) and as to Defendant Trans Union, LLC on July 19, 2016 (Doc. 22). Defendant Wells Fargo Bank filed an answer to Plaintiff's complaint on July 14, 2016 (Doc. 20). On August 16, 2016, Plaintiff filed a Notice of Settlement of all pending claims as to Defendant Wells Fargo Bank (Doc. 24). No further action has been taken in this case. It is therefore **RECOMMENDED** that the Court **DISMISS, with prejudice**, this action, subject to the right of any party to reopen the case within 60 days from the date of entry of an Order adopting these recommendations if settlement is not consummated.

The Clerk is directed to terminate the reference of the above-captioned case.

**SO RECOMMENDED** this 14th day of October, 2016.

                                         /s/ *J. CLAY FULLER*
                                         J. CLAY FULLER
                                         United States Magistrate Judge