IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

MARK TYRONE SCOTT,

    Plaintiff,

v.                                CIVIL ACTION NO.
                                    2:16-CV-39-RWS

WELLS FARGO BANK,
NATIONAL ASSOCIATION,
INC.,

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge J. Clay Fuller [Doc. No. 25]. No objections have been filed thereto. Having carefully considered the record and the Report and Recommendation, the Report and Recommendation [Doc. No. 25] is hereby approved and adopted as the opinion and order of this Court. As such, this case is DISMISSED with prejudice, subject to the right of any party to reopen the case within sixty days if settlement is not consummated.

**SO ORDERED**, this 7th day of November, 2016.

RICHARD W. STORY
United States District Judge

AO 72A
(Rev.8/82)